1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 3721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | CASE NO. 1:01-CR-05329 LJO
12 |                      Plaintiff, | **ORDER DISMISSING INDICTMENT**
13 |            v.                   |
14 | LUIS GERARDO BERNAL,            |
15 |                      Defendant. |

16

17   For the reasons set forth in the motion to dismiss filed by the United States, the Indictment

18 against defendant **LUIS GERARDO BERNAL** is hereby DISMISSED and any outstanding arrest

19 warrant is recalled.

20

21

22 IT IS SO ORDERED.

23   Dated:  **July 24, 2013**              /s/ Lawrence J. O'Neill
24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28

                                           1